John H. Neville, Appellant, v. Peter C. Kelley, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William D. Pindar, Respondent, v. Richard Shellman and R. Addie Polley, Administrators, etc., of Alexander Shellman, Deceased, Appellants.— Judgment unanimously affirmed, with costs.

Alfred Pangburn, Appellant, v. Walter N. Grounsell, Respondent, Impleaded with Buick Motor Company.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, on the ground that the verdict is against the weight of evidence. The particular findings of fact of which the court disapproves being that the verdict of the jury that the defendant was not negligent and that the plaintiff was guilty of contributory negligence was against the weight of evidence. All concurred; Kellogg, J., on the ground that the verdict is inconsistent with the finding against the Buick Company on the same trial; except Smith, P. J., and Lyon, J., who dissented.

Charles Smith, Respondent, v. Atlantic, Gulf and Pacific Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Ellen C. Sullivan, Respondent, v. Mary F. Shelmerdine, Formerly Mary F. Sullivan, Appellant.— Judgment unanimously affirmed, with costs.

Schenectady Contracting Company, Respondent, v. The City of Schenectady, Appellant.— Judgment affirmed, with costs. All concurred, except Smith, P. J., and Kellogg, J., who dissented.

Homer Shaffer and Others, Appellants, v. The State of New York, Respondent. — Judgment unanimously affirmed, with costs.

George W. Sweeney and Peter A. Sweeney, Appellants, v. Frances B. Kelley, Individually and as Executrix, etc., of Thomas C. Kelley, Deceased, Respondent, Impleaded with Others.— Judgment and order unanimously affirmed, with costs to defendant Frances B. Kelley.

Thomas William Thompson, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed on the ground that the damages are excessive, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $12,000, in which case the judgment is so modified and as modified the judgment and order are affirmed, without costs. All concurred, except Betts, J., who voted for affirmance without modification.

George A. Veeder, Respondent, v. Eugene A. Closson, Appellant.— Judgment and order unanimously affirmed, with costs.